**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD A. CANATELLA**, individually and as Trustee of the Canatella Family Trust,<br><br>   **Plaintiff,**<br><br>   v.<br><br>**SHAUN DONOVAN**, Secretary, United States Department HUD, **REVERSE MORTGAGE SOLUTIONS INC.**, d/b/a Security One Lending,<br><br>   **Defendants.** | Case No.: 13-CV-5937 YGR<br><br>**ORDER DENYING MOTIONS TO DISMISS AS MOOT** |

Defendants Reverse Mortgage Solutions and Shaun Donovan filed separate Motions to Dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on February 19 and February 21, 2014, respectively. (Dkt. Nos. 17, 19.)

On March 10, 2014, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). In light of the filing of the amended complaint, the Motions to Dismiss are **DENIED** as moot. The hearings on the Motions to Dismiss, set for April 1, 2014, are **VACATED**.

**IT IS SO ORDERED.**

Date: March 14, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**