United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD A. CANATELLA, individually and as Trustee of the Canatella Family Trust,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SHAUN DONOVAN**, *Secretary of the U.S. Department of Housing and Urban Development;* **REVERSE MORTGAGE SOLUTIONS, INC.,** *d/b/a Security One Lending,*<br><br>**Defendants.** | **Case No.: 13-CV-5937 YGR**<br><br>**ORDER VACATING HEARING; DENYING AS MOOT MOTION TO APPEAR TELEPHONICALLY** |

The Court has reviewed the papers submitted by the parties in connection with the pending motions to dismiss the Amended Complaint of plaintiff Richard A. Canatella. (Dkt. Nos. 22, 25, 28.) Pursuant to that review, the Court has determined that the motions are appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for May 13, 2014 is **VACATED**. The Court will issue a written decision on the papers.

The pending motion of defendant Reverse Mortgage Solutions, Inc. to appear telephonically at the May 13 motion hearing is **DENIED AS MOOT**.

This Order terminates Docket No. 37.

**IT IS SO ORDERED**.

Date: May 7, 2014

                                                **YVONNE GONZALEZ ROGERS**
                                        **UNITED STATES DISTRICT COURT JUDGE**