UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD A. CANATELLA,**<br><br>Plaintiff,<br><br>v.<br><br>**REVERSE MORTGAGE SOLUTIONS INC, ET AL.,**<br><br>Defendants. | Case No.  13-cv-05937-YGR<br><br>**ORDER RE STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 46 |

Plaintiff filed his Second Amended Complaint ("SAC") on January 5, 2015.  (Dkt. No. 45.) Defendants' responses thereto were due on January 19, 2015.  Fed. R. Civ. P. 15(a)(3).  On January 20, 2015, the parties filed a joint stipulated request to modify the briefing schedule on defendants' contemplated motions to dismiss the SAC, extending defendants' time to file motions to dismiss by approximately one month and extending plaintiff's opposition deadline by approximately four months.  (Dkt. No. 46.)

Pursuant to the request, and good cause shown, the Court hereby **EXTENDS** the deadline for defendants to file their motions to dismiss the SAC to **February 17, 2015**.  However, the Court notes that this action was initiated on December 23, 2013.  The parties have provided no substantive reason for the substantial, four-month delay requested in connection with the filing of plaintiff's opposition brief(s).  Therefore, the request is **GRANTED IN PART AND DENIED IN PART**. The request is **GRANTED** only as to the motion filing deadline noted above.  The request is otherwise **DENIED WITHOUT PREJUDICE**.

This Order terminates Docket No. 46.

**IT IS SO ORDERED.**

Dated: January 22, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**