UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RICHARD A. CANATELLA,**

    Plaintiff,

  v.

**REVERSE MORTGAGE SOLUTIONS INC, ET AL.,**

    Defendants.

Case No. 13-cv-05937-YGR

**ORDER RE BRIEFING SCHEDULE**

Re: Dkt. No. 48

On January 20, 2015, the parties filed a joint stipulated request to modify the briefing schedule on defendants' contemplated motions to dismiss the Second Amended Complaint ("SAC"). (Dkt. No. 46.) The Court granted the request in part, extending the deadline for defendants to file their motions to dismiss the SAC to February 17, 2015, but otherwise denied the request without prejudice as the parties failed to provide a substantive reason for the substantial delay requested. (Dkt. No. 47.) On January 26, 2015, plaintiff Richard Canatella filed a Motion to Enlarge Time, including a declaration detailing the reasons for the requested delay. (Dkt. No. 48.)

Having reviewed the papers submitted and good cause shown, the Court hereby **SETS** the schedule as follows, pursuant to the stipulation (and **DENIES** the Motion to Enlarge Time as moot):

- February 17, 2015:  Motion to Dismiss Filing Deadline
- June 2, 2015:  Opposition Filing Deadline
- June 16, 2015:  Reply Filing Deadline
- June 30, 2015:  Hearing

This Order terminates Docket No. 48.

**IT IS SO ORDERED.**

Dated: January 28, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**