UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD A. CANATELLA, individually, and as TRUSTEE OF THE CANATELLA FAMILY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JULIÁN CASTRO, SECRETARY OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and REVERSE MORTGAGE SOLUTIONS, INC., dba SECURITY ONE LENDING,<br><br>Defendants. | Civil Action No. 3:13-cv-05937-HSG<br><br>Hearing: Thursday, April 16, 2015, at 2:00 p.m.<br><br>**ORDER GRANTING DEFENDANT CASTRO'S MOTION FOR EXTENSION OF TIME FOR PARTIES TO FILE CASE MANAGEMENT STATEMENT** |

Upon consideration of Defendant Castro's Motion for Extension of Time for Parties to File Case Management Statement, and the entire record herein, it is hereby

ORDERED that Defendant Castro's Motion be, and hereby is, granted; and it is further

1   ORDERED that the parties file their Joint Case Management Statement within fifteen
2 days after the Court has ruled on the motions to dismiss filed by both defendants (Dkt. Nos. 50 &
3 51).

5   So ordered on this **10th** day of **March**, 2015.

                                                                        *[signature]*
                                    HAYWOOD S. GILLIAM, JR.
                                    United States District Judge