# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. CANATELLA, individually and as TRUSTEE OF THE CANATELA FAMILY TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SHAUN DONOVAN, SECRETARY UNITED STATES DEPARTMENT HUD; REVERSE MORTGAGE SOLUTIONS, INC., dba SECURITY ONE LENDING,<br><br>Defendants.<br><br>Defendants. | CASE NO.:   3:13-cv-05937-HSG<br><br>*Assigned to for all purposes to:*<br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER DENYING TELEPHONIC APPEARANCE**<br><br>Date:         April 14, 2016<br>Time:        2:00 p.m.<br>Ctrm.:        10<br><br>Trial Date:   None set |

Defendant, Reverse Mortgage Solutions, Inc. (erroneously sued as Reverse Mortgage Solutions, Inc., dba Security One Lending) request to appear telephonically at the Motion to Dismiss Plaintiff's Third Amended Complaint set for April 14, 2016 at 2:00 p.m. in courtroom 10 is **DENIED**.

1

[PROPOSED] ORDER G̶R̶A̶N̶T̶I̶N̶G̶ TELEPHONIC APPEARANCE AT THE MOTION TO DISMISS HEARING
DENYING

1    IT IS SO ORDERED.

3   Dated: March 18, 2016

_____
Honorable Haywood S. Gilliam, Jr.
Judge of the United States District Court

[PROPOSED] ORDER ~~GRANTING~~ TELEPHONIC APPEARANCE AT THE MOTION TO DISMISS HEARING
DENYING